**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

ADEBOWALE OLOYEDE OJO
3593245

_____

_____

_____

2:19-cv-00475

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.                                    **COMPLAINT**

Eastern Regional Jail and
Bean, all officers involved
_____

_____

_____

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.    Previous Lawsuits:

    A.    Have you begun other lawsuits in State or Federal Court dealing with the <u>same</u>
<u>facts</u> involved in this action or otherwise relating to your imprisonment?
Yes (   )  No ( ✓ )

    B.    If your answer to A is Yes, please answer questions 1 thru 7. (If there is more than
one lawsuit, describe the additional lawsuits on another sheet of paper, using the
same outline.)

1.  Parties to this previous lawsuit
    Plaintiffs ___Adebowale Olojede Ojo_____
    Defendants ~~_____~~ Bean, & all officers involved
    ~~_____~~, Eastern Regional Jail

2.  Court (if Federal Court, name the district; if State Court, name the county)
    ___Berkeley county_____

3.  Docket Number ~~_____~~

4.  Name of Judge to whom the case was assigned ~~_____~~

5.  Disposition, if known (for example: Was the case dismissed?  Was it
    appealed?  Is it still pending?) ~~_____~~

6.  Approximate date of filing lawsuit ~~_____~~

7.  Approximate date of disposition __8__ ~~_____~~      A.O.

II.  Place of Present Confinement ___Eastern Regional Jail_____

A.  Is there a prisoner grievance procedure in this institution?
    Yes ( ✓ )  No (   )

B.  Did you present the facts relating to your complaint in the state prisoner grievance
    procedure?  Yes ( ✓ )  No (   )

C.  If your answer is **Yes**,
    1.  What steps did you take? 1. Filed grievance on kiosk, never got response.
    2. Filed physical grievance.

    2.  What was the result?
    Refered for investigation

D.  If your answer is **No**, explain why not

E.  If there is no prison grievance procedure in the institution, did you complain to
    prison authorities?  Yes (   )  No (   )

F.  If your answer is **Yes**,
    1.  What steps did you take?

    2.  What was the result?

III.    Parties
        (In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiff(s), if any.)

        A.    Name of Plaintiff _Adebowale Olukede Ojo_

               Address _Eastern Regional Jail  94 Grapevine Road  Martinsburg WV 25405_

        B.    Additional plaintiffs _____

               _____

               _____

               _____


        (In item C below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item D for the names, positions, and places of employment of any additional defendants.)

        C.    Defendant _Officer Bern_

               is employed as _Correctional officer_

               at _Eastern Regional Jail  94 Grapevine Road  Martinsburg WV 25405_

        D.    Additional defendants _all officers involved in attack_

               _and staff_

               _____

               _____


IV.     Jurisdiction
        This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343.  Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

3

V.    **Statement of Claim**

(state here <u>as briefly as possible</u> the **FACTS** of your case.  You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you.  Include also the names of other persons involved (for example, other inmates) and state the date and place of all events.  Attach an extra sheet <u>if necessary</u>, and write the heading **PART V CONTINUED** at the top of the sheet.  Keep to the facts.  Do not give any legal arguments or cite any cases.)

I was attacked by approximatly 5 officers. I was grabbed from behind and slammed on my head. While on the ground possibly concussed, my pants were pulled down. I was kneed repeatedly in the anus and testicles. Lastly I was sprayed in the anus with pepper spray. I was thrown in confinement without a hearing. Incident took place on 10-6-18 hallway alongside Apod rec yard.

VI.   (State briefly <u>exactly what you want the Court to do for you</u>.  Make no legal arguments.  **Do not cite cases or statutes**.)

I want monetary compensation 2 million dollars. And charges brought on against my attackers

VII.  Statement Regarding Assistance in Preparing this Complaint
    A.    Did any person other than a named plaintiff in this action assist you in preparing this complaint?  **Yes** (  ) **No** (✓)
    B.    If your answer is **Yes** name the person who assisted you.
    C.    Signature of person who helped prepare complaint.

        (Signature) _____ (Date) _____

VIII. **Signature(s) of Plaintiff(s)**

        Signed the __25__ day of __May__, 2019.
        (Signature of Plaintiff) _Delp_____
        Signatures of additional plaintiffs, if any: